UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**COY PHELPS,**

        **Plaintiff,**

-v-

**RION MACCONNELL, et al.,**

        **Defendants.**

Case No.  3:12-cv-344

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING PHELPS' OBJECTIONS (Doc. #58) TO THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS REGARDING PHELPS' MOTION FOR SUMMARY JUDGEMENT AND MACCONNELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc. #57); ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS REGARDING PHELPS' MOTION FOR SUMMARY JUDGMENT AND MACCONNELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc. #57) IN ITS ENTIRETY; DENYING PHELPS' MOTION FOR SUMMARY JUDGMENT; GRANTING MACCONNELLS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DISMISSING PHELPS' REMAINING BREACH-OF-CONTRACT CLAIM FOR LACK OF SUBJECT MATTER JURISDICTION AND TERMINATING THIS CASE**

---

Pro Se Plaintiff Coy Phelps ("Phelps") brought this action against Defendants Rion MacConnell ("MacConnell"), Heather F. Green and U.S. Mint Green, Ltd., to recover damages for various alleged wrongs. On May 5, 2014, Phelps filed a Motion for Summary Judgment or Judgment as a Matter of Law. (Doc. #48.) On May 19, 2014, MacConnell filed a Motion for Partial Summary Judgment. (Doc. #48.) Both of these motions were fully briefed.

On August 1, 2014, Chief Magistrate Judge Sharon L. Ovington issued a Report and Recommendations recommending that Phelps Motion for Summary Judgment Or Judgment as a Matter of Law be denied; that MacConnell's Motion for Partial Summary Judgment be granted

and that Phelps remaining breach-of-contract claim be dismissed for lack of jurisdiction. Phelps objected to this Report and Recommendations (doc. #58) and the time has run and MacConnell has not responded to Phelps' Objections. Phelps' Objections are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Phelps' Objections to the Chief Magistrate Judge's Report and Recommendations regarding Phelps' Motion for Summary Judgment and MacConnell's Motions for Partial Summary Judgment are not well-taken, and they are hereby OVERRULED. The Chief Magistrate Judge's Report and Recommendations is adopted in its entirety.

Phelps' Motion for Summary Judgment Or Judgment as a Matter of Law is denied. MacConnell's Motion for Partial Summary Judgment is granted. Phelps' remaining breach-of-contract claim is dismissed for lack of subject matter jurisdiction. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Eighth Day of September, 2014.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Coy Phelps at his last address of record